**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

Olivia Haines, *et al.*,

    Plaintiffs,

        v.

Greenfield Exempted Village Schools,
*et al.*,

    Defendants.

Case No. 1:21cv688

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the School Defendants' Motion for Judgment on the Pleadings. (Doc. 32). Plaintiffs have since filed (with leave of Court)[1] an Amended Complaint. (Doc. 44). In turn, the School Defendants have answered that pleading (Doc. 45) and filed a second Motion for Judgment on the Pleadings (Doc. 46). The School Defendants' second Rule 12(c) Motion (Doc. 46)—filed in the wake of the Amended Complaint (Doc. 44)—renders moot their first Motion (Doc. 32). *See Greater Cincinnati Coal. for the Homeless v. City of Cincinnati*, No. C-1-08-603, 2009 WL 3029661, at *3 (S.D. Ohio Sept. 16, 2009) (citing *Yates v. Applied Performance Techs., Inc.*, 205 F.R.D. 497, 499 (S.D. Ohio 2002)). Accordingly, the School Defendants' (first) Motion for Judgment on the Pleadings (Doc. 32) is hereby **DENIED** as **MOOT**.

    IT IS SO ORDERED.

                                                /s/ *Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court

---

[1] *See* (07/19/2022 Minute Entry).