**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

Olivia Haines, *et al.*,

      Plaintiffs,                                                    Case No. 1:21cv688

              v.                                                    Judge Michael R. Barrett

Greenfield Exempted Village Schools,
*et al.*,

      Defendants.

## ORDER

This matter is before the Court on the Student Defendants' Motion to Dismiss Plaintiff[s'] [   ] Amended Complaint. (Doc. 54). To supplement the record, Plaintiffs have since filed (with leave of Court[1] and in lieu of filing a second amended complaint) certified copies of the birth certificates for Olivia Haines and Isabella Haines. *See* (Docs. 66, 67). In turn, the Student Defendants have filed a Second Motion to Dismiss Plaintiff[s'] Amended Complaint. (Doc. 70). This filing renders moot the Student Defendants' first Rule 12(b)(6) Motion. *See generally Greater Cincinnati Coal. for the Homeless v. City of Cincinnati*, No. C-1-08-603, 2009 WL 3029661, at *3–4 (S.D. Ohio Sept. 16, 2009). Accordingly, the Student Defendants' Motion to Dismiss Plaintiff[s'] [   ] Amended Complaint (Doc. 54) is hereby **DENIED** as **MOOT**.

    **IT IS SO ORDERED.**

                                 /s/ *Michael R. Barrett*
                                 JUDGE MICHAEL R. BARRETT

---

[1] *See* (09/30/2022 Minute Entry and NOTATION ORDER).